WILGRO SERVICES, INC., Petitioner

v.

WORKERS' COMPENSATION APPEAL BOARD (MENTUSKY), Respondents

No. 354 EAL 2017

Supreme Court of Pennsylvania.

January 9, 2018

## ORDER

PER CURIAM

AND NOW, this 9th day of January, 2018, the Petition for Allowance of Appeal is **DENIED.**